UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In re: | ) | |
|---|---|---|
| | ) | |
| **Todd Eugene Hodges** | ) | Case No.   13-47208 |
| | ) | |
| **Debtor(s)** | ) | |
| | ) | |

### NOTICE OF FILING

To:   Equifax, PO Box 740241, Atlanta GA 30374-0241
Trans Union, 2 Baldwin Place P.O. Box 2000 Chester, PA 19022
Experian PO Box 9595, Allen, TX 75013
See Attached List

PLEASE TAKE NOTICE that on the 9th day of September, 2013, the attached Form B21 with amended Social Security number and for the petitioner was filed with the U.S. Bankruptcy Court for the Eastern District of Missouri, 111 S. 10th St. 4th Floor, St. Louis, MO  63102.

/s/ Sean C. Paul
Sean C. Paul
8917 Gravois Rd
St. Louis, MO 63123
314-827-4027
314-222-0619 FAX


### CERTIFICATE OF SERVICE

I, Sean C. Paul, do hereby certify that I served a copy of this Notice along with a copy of the Amended Social Security Statement upon the parties listed on the service list, by causing the same to be mailed in a properly addressed envelope, postage prepaid, on the 9th of September, 2013.

/s/ Sean C. Paul
Sean C. Paul

```
Label Matrix for local noticing          ARSENAL CREDIT UNION                 Bini, Kenneth
0865-4                                    8651 WATSON RD                      1610 Des Peres Rd, ste 360
Case 13-47208                             SAINT LOUIS, MO 63119-5197          Saint Louis, MO 63131-1850
Eastern District of Missouri
St. Louis
Mon Sep  9 15:59:42 CDT 2013

CHASE                                     CONSUMER ADJUSTMENT CO              CONSUMER COLLECTION MN
PO BOX 24696                              12855 TESSON FERRY RD               2333 GRISSOM DR
COLUMBUS, OH 43224-0696                   SAINT LOUIS, MO 63128-2911          SAINT LOUIS, MO 63146-3322


CONSUMER COLLECTION MN (original credito  Gamache and Myers                   (p)MARLIN MEDCLR INOVISION
2333 GRISSOM DR                           1000 Camera Ave Suite A             507 PRUDENTIAL ROAD
SAINT LOUIS, MO 63146-3322                Saint Louis, MO 63126-1037          HORSHAM PA 19044-2308


Office of U.S. Trustee                    SLUCare                             WORLD FINANCE CORP
111 South Tenth Street                    3691 Rutger St. Ste. 102            1257 MAIN ST
Suite 6.353                               St. Louis, MO 63110-2515            IMPERIAL, MO 63052-3852
St. Louis, MO 63102-1127


Sean C. Paul                              Todd Eugene Hodges                  Tracy A. Brown
The Law Offices of Paul and Kier, PC      7964 State Rt 30                    1034 S. Brentwood Blvd., Ste 1830
8917 Gravois Rd                           Dittmer, MO 63023-1817              St. Louis, MO 63117-1284
2nd Floor
St. Louis, MO 63123-4623
```

                  The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                  by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
NCO FIN/55                                End of Label Matrix
PO BOX 13570                              Mailable recipients   14
PHILADELPHIA, PA 19101                    Bypassed recipients    0
                                          Total                 14
```